UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,           ) Magistrate Case No.: '08 MJ 0197
                                    )
           Plaintiff,               ) COMPLAINT FOR VIOLATIONS OF
                                    )
           vs.                      ) 21 U.S.C. § 952 and 960
                                    ) Importation of a Controlled Substance
GOMEZ, Steven                       ) (Felony)
                                    )
           Defendant.                )
                                    )

The undersigned complainant being duly sworn states:

COUNT ONE

On or about January 22, 2008, within the Southern District of California, defendant GOMEZ, Steven did knowingly and intentionally import approximately 69.05 kilograms (151.91 pounds) of marijuana (a Schedule I Controlled Substance) into the United States from a place outside thereof, in violation of Title 21, United States Code, Section(s) 952 and 960.

The complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

_____
Signature of Complainant
Special Agent, U.S. Immigration and
Customs Enforcement, Customs Inv.

Sworn to before me and subscribed in my presence, this  23  day of   January   2008.

_____
U.S. MAGISTRATE JUDGE

# PROBABLE CAUSE STATEMENT

On January 22, 2008, at approximately 6:16 a.m., Steven GOMEZ entered the United States from Mexico through the San Ysidro, California (CA) Port of Entry (POE) as the driver of a Chevrolet 2500 truck bearing CA/US license plates 5C48832. Following the receipt of a computer generated referral, negative Customs declaration and nervous behavior in the form of shaking hands at Primary from GOMEZ, Customs and Border Protection Officer (CBPO) Dana Schloss escorted him and the vehicle to Secondary for an intensive examination.

Upon request, Canine Enforcement Officer (CEO) Susan Hernandez utilized her Narcotic and Human Detector Dog, Uno U-O1 to search the Chevrolet in the Secondary Lot. CEO Hernandez reported that Uno alerted and responded by sitting under the bed of the truck.

CBPO Carmen Curley, who was assigned to conduct a seven-point inspection of the Chevrolet in the Secondary Inspection Area, documented that she removed the truck's bed liner and a hidden access panel revealing several packages. CBPO Curley subsequently probed one (1) of the packages revealing a green leafy substance that field-tested positive as marijuana. CBPO Curley removed forty-six (46) packages of marijuana with a total approximate weight of 69.05 kilograms (151.91 pounds) from the Chevrolet.

On January 22, 2008, at approximately 10:48 a.m., United States Immigration and Customs Enforcement (ICE) Special Agent (SA) William Thompson arrested GOMEZ.

GOMEZ was charged with violations of Title 21, United States Code, Section(s) 952 and 960, and subsequently transported and booked into the Metropolitan Correctional Center (MCC), San Diego, CA.