FILED

FEB 28 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR0553-JAH |
| Plaintiff, ) | **I N F O R M A T I O N** |
| v. ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |
| STEVEN GOMEZ, ) | |
| Defendant. ) | |

The United States Attorney charges:

On or about January 22, 2008, within the Southern District of California, defendant STEVEN GOMEZ, did knowingly and intentionally import 50 kilograms or more, to wit: approximately 69.05 kilograms (151.91 pounds) of Marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 2/28/08.

KAREN P. HEWITT
United States Attorney

*for* DOUGLAS KEEHN
Assistant U.S. Attorney

WDK:psd:San Diego
2/6/08